Rodolfo T. Bunagan, Esq. SBN 183711
**BUGNAGAN, MARAPAO & ASSOCIATES, LLP**
3540 Wilshire Boulevard, Penthouse One
Los Angeles, California, 90010
Phone:    (213) 381-5740
Fax  :    (213) 381-7280

11 DEC 16 AM 11: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

[SAN FERNANDO VALLEY DIVISION]

| | |
|---|---|
| In Re | Case No.: 1:10-bk-10209-MT |
| RJ FINANCIAL, INC., d/b/a ROMANO JEWELERS | Chapter 11 |
| | **CV11-10401 MMM** |
| | **NOTICE OF ELECTION TO BE HEARD BY DISTRICT COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Notice is hereby given that the appellants, Zenaida de Jesus and Sonia Generoso, elect to have their appeal heard by the District Court.

Dated:   December 1, 2011

                    BY:   _/s/ R. Bunagan_____

                          Rodolfo T. Bunagan, Esq.
                    BUNAGAN, MARAPAO & ASSOCIATES, LLP
                          Attorneys for Appellants

| Notice of Appeal - *Page 3* | | **FORM 17** |
|---|---|---|
| In re<br>RJ Financial | Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:10-bk-10209 |

## PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF LOS ANGELES

1. I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

2. **Regular Mail Service:** On 12/2/11, I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California, addressed as set forth below.

☒  Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 12/2/11

San Lachica
*Typed Name*

*Signature*

## Mailing List

Hon. Maureen Tighe
U.S. Bankruptcy Court
21041 Burbank Ave.
Woodland Hills, CA 91357


Chapter 11 U. S. Trustee
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

**Sanford L. Frey, Esq.**
**CREIM MACIAS KOENIG & FREY, LLP**
633 West Fifth Street
Fifty-First Floor
Los Angeles, California 90071


A.D. Youssefyeh, Esq.
A D Y Law Group
1875 Century Park East  #1460
Los Angeles, CA 90067