# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: RJ FINANCIAL | CASE NO.: SV10-10209-MT |
|---|---|
|  | **NOTICE OF REFERRAL OF APPEAL** |
|  | Notice of Appeal Filed: 12/5/2011 |
|  | Notice of Cross-Appeal Filed: |
| Debtor(s). | Bankruptcy Filed: 1/7/2010 |

FILED
DEC 2011

CV11- 10401 MMM

TO: ALL PARTIES IN INTEREST, AND
    [ ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT, OR
    [✓] U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

YOU AND EACH OF YOU are hereby notified that the following documents have been filed with the Clerk of the Bankruptcy Court:

    [ ] Motion for Leave to Appeal
    [ ] Answer in Opposition to Motion for Leave to Appeal
    [✓] Notice of __✓__ Appeal _____ Cross-Appeal
    [✓] Appellant's Statement of Election to Transfer Appeal to District Court
    [ ] Other

FILED
CLERK U.S. DISTRICT COURT
DEC 16 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

By virtue of Orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U. S. District Court, as indicated above.

DATED: 12/9/11

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
Deputy Clerk

## CERTIFICATE OF MAILING

I hereby certify that a true copy of the NOTICE OF APPEAL, NOTICE OF REFERRAL OF APPEAL, TRANSCRIPT ORDER FORM, AND NOTICE OF TRANSCRIPT were mailed to each of the parties listed in the Appeal, at the address set forth with their respective names on this date, together with a copy of the below-referenced applicable ORDER:

    [ ] **AMENDED ORDER ESTABLISHING AND CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed on or before 10/22/94)

    [✓] **AMENDED ORDER CONTINUING BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed after 10/22/94)

DATED: 12/9/11

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## APPEAL SERVICE LIST

[✓] **NOTICE OF REFERRAL OF APPEAL**
[ ] **CERTIFICATE OF READINESS AND COMPLETION OF RECORD**

CASE NO.: SV10-10209-MT             ADVERSARY NO.: _____

---

[ ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
Office of the Clerk
United States Court of Appeals Building
125 South Grand Avenue
Pasadena, CA 91105-1510

[✓] U. S. DISTRICT COURT
Central District of California, Western Division
Civil Intake, Room G-19
312 North Spring Street
Los Angeles, CA 90012-4701

[ ] U. S. DISTRICT COURT
Central District of California, Southern Division
411 West Fourth Street
Room 1053
Santa Ana, CA 92701-4516

[ ] U. S. DISTRICT COURT
Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

[ ] Peter Anderson
OFFICE OF THE U. S. TRUSTEE
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

[ ] Frank Cadigan
OFFICE OF THE U. S. TRUSTEE
411 West Fourth Street, Room 9041
Santa Ana, CA 92701

[ ] OFFICE OF THE U.S. TRUSTEE
3685 Main Street, Suite 300
Riverside, CA 92501

[✓] Jennifer Braun
OFFICE OF THE U. S. TRUSTEE
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

---

**INDICATE BELOW NAMES AND ADDRESSES OF PARTIES LISTED IN THE APPEAL:**

Rodolfo T Bunagan, Bunagan, Marapao & Associates, 3540 Wilshire Blvd, Ste PH1, Cerritos, CA 90010
Sanford L Frey, Esq., Creim Macias Koenig & Frey LLP,m 633 W Fifth St, 51st Floor, Los Angeles CA 90071
A D Youssefyeh Esq, A D Y Law Group, 1875 Century Park East #1460, Los Angeles CA 90067

---

**APPEAL SERVICE LIST**

APPEALS: SERVLIST (Revised 2/2010)