# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## APPEAL TRANSMITTAL FORM

FILED
DEC - 9 2011

FILED
CLERK U.S. DISTRICT COURT
DEC 16

**TO:   CLERK**
[ ]   BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
[✓]   U. S. DISTRICT COURT - LOS ANGELES, CALIFORNIA
[ ]   U. S. DISTRICT COURT - RIVERSIDE, CALIFORNIA
[ ]   U. S. DISTRICT COURT - SANTA ANA, CALIFORNIA

| | |
|---|---|
| **Case Name:** RJ Financial | |
| **Case No.:** SV10-10209-MT | **Chapter:** 11 |
| **Adversary No.:** N/A | |
| **Bankruptcy Filed:** 1/7/2010 | |
| **Bankruptcy Judge:** HON MAUREEN TIGHE | |
| **Entry Date of Appealed Order:** 11/22/11 | |
| **Notice of Appeal Filed:** 12/5/11 | |
| **Notice of Appeal Mailed to Parties in Interest:** 12/9/11 | |

**TRANSMITTED HEREWITH ARE THE FOLLOWING DOCUMENTS:**

[✓]   Appeal Deficiency Notice to Appellant
[ ]   Motion for Leave to Appeal
[ ]   Answer in Opposition to Motion for Leave to Appeal
[ ]   Motion(s) filed under BR 8002(b)
[✓]   Notice of Appeal - Did not receive, had to print from BK docket.
[✓]   Notice of Referral
[ ]   Copy of Court Docket:  [ ] Bk. Case   [ ] Adversary   [ ] Full   [ ] Partial
[ ]   Other:

**COMMENTS:** _____

**DATED:** 12/9/11

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: _____
Deputy Clerk

*PLEASE ACKNOWLEDGE RECEIPT OF THE ABOVE-REFERENCED DOCUMENTS.*
**JULIE PRADO**

**Date Received:** DEC 16 2011   **By:** _____

**ASSIGNED BAP/DC NO.:** CV11-10401

## TRANSMITTAL FORM

APPEALS: TRANSMIT (Revised 2/2010)