1  Sandford L. Frey (SBN 117058)
   **CREIM MACIAS KOENIG & FREY LLP**
2  633 West Fifth Street, 51st Floor
   Los Angeles, California 90071
3  Telephone: (213) 614-1944
   Facsimile: (213) 614-1961
4  sfrey@cmkllp.com

5  Reorganization Attorneys for RJ Financial, Inc.,
   dba Romano's Jewelers, Debtor and Debtor-In-Possession
6

FILED & ENTERED

NOV 22 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# [SAN FERNANDO VALLEY DIVISION]

| | |
|---|---|
| In re | CASE NO.: 1:10-bk-10209-MT |
| **RJ FINANCIAL, INC. doing business as ROMANO JEWELERS,** | Chapter 11 |
| Debtor and Debtor-In-Possession. | **JUDGMENT FOR SANCTIONS IN THE AMOUNT OF $10,000 AGAINST ZENAIDA DEJESUS, SONIA GENEROSO AND THEIR COUNSEL, BUGNGAN, MARAPAO & ASSOCIATES, FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY** |
| | <u>Original Hearing on OSC was held on</u>:<br>Date:   July 7, 2011<br>Time:   9:30 a.m. |
| | <u>Evidentiary Hearing was held on</u>:<br>Date:   August 22, 2011<br>Time:   10:00 a.m. |
| | <u>**Final Hearing re Court's Ruling held on**</u>:<br>Date:   November 2, 2011<br>Time:   2:00 p.m.<br>Ctrm:   302 |

C:\Documents and Settings\williams\Local Settings\Temp\Order#57856#fa07ebec-d72a-4efb-aefb-4b4c794f30dd.doc

1  On or about May 5, 2011, RJ Financial, Inc., dba Romano Jewelers, Debtor and Debtor in Possession ("Debtor") filed its Notice of Motion and Motion Re Order for Issuance to Show Cause as to why the State Court Plaintiffs Zenaida DeJesus ("DeJesus") and Sonia Generoso ("Generoso") should be held in contempt for a willful violation of the automatic stay. [Docket No. 191].

On or about May 19, 2011, the Court entered an order for Plaintiffs Zenaida DeJesus and Sonia Generoso to show cause before this Court as to why they should not be held in civil contempt by the Bankruptcy Court of the Central District of California, San Fernando Division due to their willful violations of the stay in the state court proceeding, which is currently pending in Los Angles Superior Court, North Central with Case No. EC053248, entitled *Plaintiffs Zenaida DeJesus and Sonia Generoso v. Defendants RJ Financial, Inc. dba Romano Jewelers and Randy Abalkhad and Does 1-10.* [Docket No. 200] ("OSC").

Pursuant to the OSC, the Court set a briefing schedule for the parties and set a hearing date for oral argument on July 7, 2011 at 9:30 a.m. in Courtroom 302 of the United States Bankruptcy Court for the Central District of California, San Fernando Division, located at 21041 Burbank Boulevard, Woodland Hills, CA. The initial hearing on the OSC was held on July 7, 2011 ("Initial OSC Hearing"). At the Initial OSC Hearing held on July 7, 2011, Sandford L. Frey of Creim Macias Koenig & Frey LLP appeared on behalf of the Debtor; A. David Youssefyeh of A/D/Y Law Group appeared for Randy Abalkhad, individually; and J. Flores Valdez of Bugngan, Marapao & Associates appeared on behalf of DeJesus and Generoso. At the Initial OSC Hearing, the Court heard oral argument and set an evidentiary hearing for August 22, 2011 at 10:00 a.m. ("Evidentiary Hearing").

At the Evidentiary Hearing held on August 22, 2011, Kim R. Gundlach of Creim Macias Koenig & Frey LLP appeared on behalf of the Debtor; and J. Flores Valdez of Bugngan, Marapao & Associates appeared on behalf of DeJesus and Generoso. Other appearances are as set forth on the Court's official record. At the Evidentiary Hearing, the Court heard testimony from DeJesus and Generoso counsel, J. Flores Valdez of Bugngan, Marapao & Associates and counsel for Randy Abalkhad, A. David Youssefyeh of A/D/Y Law Group. Among other things, the Court admitted into evidence an email, which was sent by Mr. Youssefyeh to Mr. Valdez on September 17, 2010 and provided the contact information for the Debtor's bankruptcy counsel. At the conclusion of the

| | |
|---|---|
| 1 | evidentiary hearing, the Court found that a willful violation of the stay had occurred, and that DeJesus |
| 2 | and Generoso and their counsel were on notice that the Debtor had filed for the bankruptcy case in |
| 3 | September, 2010. However, the Court did not determine the nature, extent or amount of any damages |
| 4 | which may have occurred as a result. |
| 5 | The Court continued the matter with respect to the issue of damages, if any, which flowed from |
| 6 | the willful violation of the automatic stay, and the amount of the sanctions, if any, that were |
| 7 | appropriate under the circumstances. The Court set the briefing schedule for the parties and set the |
| 8 | matter for hearing on damages for October 26, 2011 ("Damages Hearing"). The Debtor timely filed |
| 9 | its brief on the issue of damages and sanctions [Docket No. 232]; DeJesus, Generoso and their counsel |
| 10 | filed their Opposition [Docket No. 240]; and the Debtor filed its Reply [Docket No. 244]. Prior to the |
| 11 | hearing date, the Court on its own order continued the Damages Hearing to November 2, 2011 at 2:00 |
| 12 | p.m. |
| 13 | At the Damages Hearing on November 2, 2011, Sandford L. Frey and Kim R. Gundlach of |
| 14 | Creim Macias Koenig & Frey LLP appeared on behalf of the Debtor; and J. Flores Valdez of |
| 15 | Bugngan, Marapao & Associates appeared on behalf of DeJesus and Generoso. At the Damages |
| 16 | Hearing, the Court entertained further oral arguments from both parties. |
| 17 | The Court gave due consideration to the papers, declarations, testimony, arguments of counsel, |
| 18 | the record in the case, and other evidence submitted. The Court having made its findings of fact and |
| 19 | conclusions of law as set forth on the Court's official record of this matter, including having found, |
| 20 | among other things, that a willful violation of the stay was committed by Bugngan, Marapao & |
| 21 | Associates, DeJesus, and Generoso; that sanctions against Bugngan, Marapao & Associates, DeJesus, |
| 22 | and Generoso are appropriate for the time period of December 13, 2010 through February 14, 2011; |
| 23 | that the Debtor sustained damages as a result of such willful violation of the stay, although certain |
| 24 | mitigating factors exist that justify a reduction in the amount of damages requested by the Debtor, |
| 25 | such as (i) the Debtor not being entitled to damages for the cost of bringing the initial Motion re OSC |
| 26 | re Contempt under the holding in the case of <u>Sternberg v. Johnson</u>, 595 F.3d 937 (9th Cir. 2010), and |
| 27 | (ii) some of the hours spent by counsel for the Debtor for certain work warrant a reduction. Based on |
| 28 | the forgoing, and for good and just cause shown, it is hereby: |

**ORDERED, ADJUDGED AND DECREED that:**

1. Bugngan, Marapao & Associates, DeJesus, and Generoso have willfully violated the automatic stay in this bankruptcy case.

2. The Debtor is entitled to Judgment against DeJesus, Generoso and Bugngan, Marapao & Associates, jointly and severally.

3. Sanctions for such willful violation of the stay are hereby awarded in the amount of Ten Thousand Dollars ($10,000.00) in favor of the Debtor's Estate against Bugngan, Marapao & Associates, DeJesus, and Generoso, jointly and severally.

###

DATED: November 22, 2011

_Maureen A. Tighe_
United States Bankruptcy Judge

Case 1:10-bk-10209-MT   Doc 254   Filed 11/22/11   Entered 11/22/11 13:15:05   Desc
Main Document   Page 5 of 6

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The Eto of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **JUDGMENT FOR SANCTIONS IN THE AMOUNT OF $10,000 AGAINST ZENAIDA DEJESUS, SONIA GENEROSO AND THEIR COUNSEL, BUGNGAN, MARAPAO & ASSOCIATES, FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *November 10, 2011*, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| Joseph A. Broyles | joseph@broylesesq.com |
| Katherine Bunker | kate.bunker@usdoj.gov |
| Amanda N. Ferns | aferns@fernslaw.com |
| Sandford L. Frey | sfrey@cmkllp.com |
| Jason C. Gage | jgage@gagelegal.com |
| Brian D. Huben | brian.huben@kattenlaw.com; carole.levine@kattenlaw.com; donna.carole@kattenlaw.com; laura.nafsky@kattenlaw.com |
| William W. Huckins | whuckins@allenmatkins.com; clynch@allenmatkins.com |
| Stuart I. Koenig | skoenig@cmkllp.com |
| Richard A. Shaffer | rick@reslaw.com |
| Ronald M. Tucker | rtucker@simon.com; psummers@simon.com; rwoodruff@simon.com; lgrafton@simon.com; jgubler@simon.com; cmartin@simon.com |
| U.S. Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Marta C. Wade | mwade@cmkllp.com; knielsen@cmkllp.com |

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
August 2010                                F 9021-1.1.NOTICE.ENTERED.ORDER

---

Case 1:10-bk-10209-MT   Doc 254   Filed 11/22/11   Entered 11/22/11 13:15:05   Desc
Main Document   Page 6 of 6

**III. SERVED BY U.S. MAIL**

**Debtor**
R.J. FINANCIAL, INC.
9321 TAMPA AVENUE, UNIT 64
NORTHRIDGE, CA 91324

**Accountant for Debtor**
SAM BIGGS
3250 OCEAN PARK BLVD, STE 350
SANTA MONICA, CA 90405

**20 Largest Unsecured Creditors**
DAVID YOUSSEFYEH
ADY LAW GROUP
1875 CENTURY PARK EAST STE 1450
LOS ANGELES, CA 90067

AJS FINE JEWELRY
1065 UNIVERSITY AVENUE
BERKELEY, CA 94710

ASTRA-MECHELEN
15 WEST 47TH ST STE 1301
NEW YORK, NY 10036

BOE
12440 E IMPERIAL HWY STE 201
NORWALK, CA 90651-0409

CHIMERE DESIGNS
550 SOUTH HILL # 850
LOS ANGELES, CA 90013

CZ STAR
901 EAST WALNUT AVE
BURBANK, CA 91501

DIAMOND COLLECTION
PO BOX 911
ALAMEDA, CA 94501

DIAMOND DIRECT
145 WEST 45TH STREET
NEW YORK, NY 10036

DIAMOND SOURCE INC
550 S HILL ST SUITE 1125
LOS ANGELES, CA 90013

EDD
PO BOX 826880 - MIC 92E
SACRAMENTO, CA 94230-0001

EYOV AVTALYON
YAHALOM 1485
DIAMOND EXCHANGE BLDG
RAMAT GAN ISRAEL

GE CAPITAL
PO BOX 31001-0275
PASADENA, CA 91110

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114

KAMA JEWELRY
510 WEST 6TH ST, Ste. 309
LOS ANGELES, CA 90014

KRISHNA DIAMONDS
510 WEST 6TH ST 950
LOS ANGELES, CA 90014

JOSEPH BROYLES ESQ
LAW OFFICES OF JOSEPH BROYLES
1875 CENTURY PARK EAST STE 600
LOS ANGELES, CA 90067

MR BRACELET
20 W 47TH ST SUITE 1003
NEW YORK, NY 10036

SHEFI DIAMONDS
580 FIFTH AVENUE SUITE 1227
NEW YORK, NY 10036

SIMON GROUP
225 WEST WASHINGTON ST.
INDIANAPOLIS, IN 46204

TACHE JEWELRY
550 FIFTH AVE STE 300
NEW YORK, NY 10036

KAMA SCHACHTER
601 – 604, MULTISTORIED BUILDING
NON AC WING
SEEPZ-SEZ, Andheri (East) Mumbai
400 096
INDIA

**Request for Special Notice**
ROBERT J. MACKAY, ESQ.
AGENT FOR SCI AND AVDI
PO BOX 1601
2315 HILTON HEAD DR.
MISSOURI CITY, TX 77459-1601

TIMOTHY KRANTZ, ESQ.
LAW OFFICES OF TIMOTHY KRANTZ
2082 MICHELSON DR., #212
IRVINE, CA 92612

DEPT OF INDUSTRIAL RELATIONS
OFFICE OF THE DIRECTOR LEGAL UNIT
ATTN: BANKRUPTCY UNIT
320 WEST FOURTH ST., STE. 600
LOS ANGELES, CA 90013

SIDDI GUI COMPANY, INC.
2315 HILTON HEAD DRIVE
MISSOURI CITY, TX 77459

A.V. DIAMONDS, INC.
P.O. BOX 1601
MISSOURI CITY, TX 77459

**Attorneys for Grothan and Sultarian**
DAVID G. SPIVAK, ESQ.
THE SPIVAK LAW FIRM
9454 WILSHIRE BLVD., STE. 303
BEVERLY HILLS, CA 90212

BENJAMIN NACHIMSON, ESQ.
BENJAMIN NACHIMSON LAW OFFICES
11755 WILSHIRE BLVD., 615
LOS ANGELES, CA 90025

**Attorneys for DeJesus and Generoso**
J. FLORES VALDEZ
BUGNGAN, MARAPAO & ASSOC., LLP
3540 WILSHIRE BLVD., PENT. ONE
LOS ANGELES, CA 90010

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
August 2010                                F 9021-1.1.NOTICE.ENTERED.ORDER