IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ) | Bankruptcy Case |
| ) | Court No.2:11-CV- |
| ) | 10401 MM |
| ) | |
| ) | |
| RJ Financial, Inc., ) | |
| Debtor/s ) | Adversary Case |
| ) | No.   N/A |
| ) | |
| ) | |
| Zenaida De Jesus, et al ) | **NOTICE OF MOTION** |
| ) | **AND   MOTION TO** |
| ) | **AMEND AND** |
| Appelants ) | **OR AUGMENT** |
| ) | **DESIGNATION OF** |
| ) | **RECORD AND** |
| ) | **STATEMENT OF** |
| v. ) | **ISSUES ON APPEAL** |
| ) | |
| ) | |
| R.J. Financial, Inc. ) | |
| ) | |
| ) | |
| Appellee/s) | |
| ) | |

Pursuant to Rules 8011, 9013 of the Federal Rules of Bankruptcy Procedure (FRCP), Appellants, Zenaida De Jesus, Sonia Generoso and the Law Offices of Bunagan, Marapao & Associates move for an Order Amending and or Augmenting the Designation of Record and Statement of Issues on Appeal, to include pleadings, motions, oppositions, and orders of the US Bankruptcy Court

that were not included in the Clerk's Transcripts. The amended and or augmented Transcripts will be filed as soon as the Order Granting this Motion is received. The list of the documents and issues to be added is attached to this motion. This motion is based on the attached Memorandum and Declaration of Rodolfo T. Bunagan.

Dated: January 30, 2012.

                      BUNAGAN, MARAPAO & ASSOCIATES, LLP

                      By: *[signature]*
                      Rodolfo T Bunagan
                      Attorneys for Appellants

MEMORANDUM

Rule 8011 of the Federal Rules of Bankruptcy Procedure (FRCP) Court provides in pertinent part that,

"A request for an order or other relief shall be made by filing with the clerk of the district court or the clerk of the bankruptcy appellate panel a motion for such order or relief with proof of service on all other parties to the appeal. The motion shall contain or be accompanied by any matter required by a specific provision of these rules governing such a motion, shall state with particularity the grounds on which it is based, and shall set forth the order or relief sought. If a motion is supported by briefs, affidavits or other papers, they shall be served and filed with the motion.  xxxx"

"b) DETERMINATION OF MOTIONS FOR PROCEDURAL ORDERS. Notwithstanding subdivision (a) of this rule, motions for procedural orders, including any motion under Rule 9006, may be acted on at any time, without awaiting a response thereto and without hearing.  xxx"

In the present case, Appellants' designation of the clerk's transcript did not include any of the

Transcripts of Hearing held on 12/13/10 and 2/7/11 in State Court Case No. EC035248 as well the brief submitted pursuant to the State Court's Order of 12/13/10 filed in this case, as well as other oppositions, declarations and accompanying memorandum filed therein. and which are relevant to this appeal. In fact, the original designation of record indicates a hearing date in State Court of 11/22/11 that is erroneous, and which needs to be amended. For reasons stated in the attached Declaration of Rodolfo T Bunagan, those pleadings, motions, and orders should be made part of the record on appeal. By this motion, Appellants Zenaida De Jesus, Sonia Generoso and the Law Offices of Bunagan, Marapao & Associates seek to amend and or augment the Designation of Record and Statement of Issues.

# DECLARATION OF RODOLFO T BUNAGAN

I, Rodolfo T Bunagan, declare:

1. I am an attorney licensed to practice in the State of California and a member of the law firm of Bunagan, Marapao & Associates, LLP. This firm represents Appellants Zenaida De Jesus and Sonia Generoso and the firm itself.

2. By this motion, Appellants seek to augment the Designation of Record with certain important pleadings and other documents; and, additional issues to supplement the Statement of Issues, namely:

I. **Designation of Record**

To be added:

A. RJ Financial Inc. Notice of Motion and Motion for Issuance of an Order to Show Cause Against Zenaida De Jesus and Sonia Generoso re Civil Contempt and Sanctions in excess Of $26,000.00 for the Willful Violation of the Automatic Stay; Memorandum; Declarations [Docket 191].

B. Opposition of Zenaida De Jesus and Sonia Generoso to the Motion of RJ Financial aka Romano Jewelers' Motion for an Order to Show Cause re

Civil Contempt and Sanctions; Declaration, Memorandum of Points and Authorities

C. Notice of Lodging of Court Transcript in Compliance with Court Order Re: State Court's Proceeding

D. Brief In Support of Opposition to Debtor's Motion for Issuance of an Order to Show Cause Against Zenaida De Jesus and Sonia Generoso Re Civil Contempt and Sanctions in Excess of $26,000.00 for the Willful Violation of the Automatic Stay; Memorandum of Points and Authorities; Declarations

E. Order Granting RJ Financial Motion for Civil Contempt [Docket 200]

F. Transcript of Hearing on 12/13/10 at the State Court in Case No EC053248;

G. Brief In Support of Opposition to Stay Proceedings [in State Court Case No EC053248];

H. Transcript of Hearing on 2/07/11 in State Court Case No. EC053248

II. **Statement of Issues**

To be added:

A. Whether or not the appellants/attorneys were denied due process when sanctions were imposed on them without having been given the opportunity to respond to the Motion for Contempt which was directed against the clients only

B. Whether or not the Bankruptcy Judge acted in excess of her jurisdiction in ordering sanctions against the attorneys/appellants when the Motion for Contempt of RJ Financial asked for sanctions only against the parties, Zenaida De Jesus and Sonia Generoso.

C. Whether or not the sanctions imposed is excessive and unreasonable under the circumstances.

3. Appellants request the Court to allow the Designation of Record and Statement of Issues to be amended and or augmented to add the pleadings and other documents filed in the case referred to above, which are necessary to the completion of the appellants' opening brief and essential to the disposition of the issues raised in this appeal.

4. Appellants will inform and request all the transcript of records, documents from the Clerk of Court of the Bankruptcy Court without delay.

5. Appellants intend to submit their opening brief within the time provided by this Court.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 30, 2012.

*[signature]*
Rodolfo T Bunagan

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as **ISSUES ON APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 12/19/2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

PLEASE SEE ATTACHED MAILING LIST.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **Fill in Date Document is Filed,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/19/2011 | San L. | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                        F 9013-3.1.PROOF.SERVICE

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Rodolfo T. Bunagan, Esq.  SBN  183711
BUNAGAN, MARAPAO & ASSOCIATES, LLP
3540 Wilshire Boulevard   Penthouse One
Los Angeles, California 90010
Tel  213-381-5740

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:  RJ FINANCIAL, INC., dba ROMANO'S JEWELERS, Debtor & Debtor-In-Possession,  PLAINTIFF(S), <br> v. <br> ZENAIDA DE JESUS, et al., <br> Appellants, <br> v. <br> DEFENDANT(S). | CASE NUMBER <br><br> BK : 1:10-bk-10209-MT  Dist.Ct. Case:2:11-CV-104 <br><br> PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles_____, State of California, and not a party to the above-entitled cause. On February 3,_____, 20 12_____, I served a true copy of Appellants' Notice of Motion and Motion To Amend or Augment Designation Of Record and Statement of Issues On Appeal by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served.  Attach additional pages if necessary.)

Place of Mailing: Wilshire District, Los Angeles, CA_____
Executed on February 2,_____, 20 12_____ at Los Angeles_____, California

Please check one of these boxes if service is made by mail:

☒  I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☐  I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.


_____     _____
*Signature*                           *Party Served*


CV-40 (01/00)           PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

## Mailing List

Hon. Margaret M. Morrow
U.S. District Court
Central District of California, Western Division
Civil Intake, Room G-19
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Maureen Tighe
U.S. Bankruptcy Court
21041 Burbank Ave.
Woodland Hills, CA 91357

Jennifer Braun
Chapter 11 U. S. Trustee
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

**Sanford L. Frey, Esq.**
**CREIM MACIAS KOENIG & FREY, LLP**
633 West Fifth Street
Fifty-First Floor
Los Angeles, California 90071
Phone Number: (213) 614-1944
Fax Number: (213) 614-1961


A.D. Youssefyeh, Esq.
A D Y Law Group
1875 Century Park East   #1460
Los Angeles, CA 90067
Phone Number: (310) 772-2872
Fax Number: (310) 772-0020