# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:                          ) | Bankruptcy Case |
|                                 ) | Court No.2:11-CV- |
|                                 ) | 10401 MM |
|                                 ) | |
| RJ Financial, Inc., ) | |
|              Debtor/s ) | Adversary Case |
|                                 ) | No.   N/A |
|                                 ) | |

| | |
|---|---|
| Zenaida De Jesus, et.al. ) | **ORDER GRANTING EXTENSION OF TIME** |
|                          ) | **TO FILE APPELLANTS' OPENING** |
|                          ) | **BRIEF AND APPENDIX** |
|                          ) | |
| R.J. Financial, Inc. ) | |
|                          ) | |
| **Appellees** ) | |

The Court has considered the ex parte application of appellants Zenaida de Jesus, Sonia Generoso and Law Office of Bunagan, Marapao & Associates for an Order extending time to file appellants' opening brief.

THE COURT FINDS that the appellants have shown good cause for the relief sought.

IT IS HEREBY ORDERED that the Ex Parte Application for an Order Extending the Time to File Appellants' Opening Brief and Appendix be granted. Appelants' Opening Brief shall be filed within 14 days of this order. The Appellee shall file and serve a brief 14 days there after.

Dated: ~~xxxxxx~~

*Margaret M. Morrow*
Judge

Date:  April 4, 2012

---

1

**Order Granting Extension of Time to File Appellants' Opening Brief and Appendix**